NOT FOR PUBLICATION (Doc. No. 12)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

_____
                                           :
DEONTA VERNELL ROBINSON                    :
                                           :
            Plaintiff,                     :   Civil No. 11-06070  (RBK/KMW)
                                           :
      v.                                   :   **ORDER**
                                           :
NEW JERSEY STATE POLICE, et al.,           :
                                           :
            Defendants.                    :
_____:

**THIS MATTER** having come before the Court on the motion of New Jersey State Trooper G.L. Austin ("Defendant Austin") for summary judgment on the complaint of Deonta Vernell Robinson ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 56, and the Court having considered the moving papers and attached documents; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendant Austin's motion for summary judgment is **GRANTED** and all claims against him are hereby dismissed.

Dated: 11/27/12                             /s/ Robert B. Kugler
                                            ROBERT B. KUGLER
                                            United States District Judge